## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JMAC ENERGY SERVICES LLC, ) | |
| ) | |
| Plaintiff/Counter- Defendant/ ) | |
| Counter-Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| BADGER MINING CORPORATION; ) | |
| ATHABASCA MINERALS INC., ) | |
| ) | Case No. 1:24-cv-080 |
| Defendants/Counter-Plaintiffs/ ) | |
| Third-Party Plaintiff/Counter- ) | |
| Defendants. ) | |
| ) | |
| vs. ) | |
| ) | |
| JON MCCREARY, and TODD ERICKSON, ) | |
| ) | |
| Third-Party Defendants. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 3, 2025, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 22nd day of November, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court