IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JMAC Energy Services, LLC, | ) |
|       Plaintiff/Counter- Defendant, | ) ) ) **ORDER** |
| vs. | ) ) |
| Badger Mining Corporation and Athabasca Minerals, Inc., | ) ) ) |
|       Defendants/Counter-Plaintiffs/Third-Party Plaintiff, | ) Case No. 1:24-cv-080 ) ) ) |
| vs. | ) ) |
| Jon McCreary and Todd Erickson | ) ) |
|       Third-Party Defendants. | ) ) |

On May 7, 2025, the court held a scheduling/status conference with the parties by telephone. Pursuant to its discussion with the parties, the court shall continue the final pretrial conference and jury trial in this matter. Accordingly, the final pretrial conference on January 20, 2026, shall be rescheduled for April 22, 2026, at 9:00 AM CDT by telephone. To participate in the conference, the parties should call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID." The jury trial on February 2, 2026, shall be rescheduled for May 4, 2026, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland. A seven (7) day trial is anticipated. The parties shall have 30 days from the date of this order to submit a revised scheduling/discovery plan for the court's consideration. The parties may submit their plan via email to ndd_J-Hochhalter@ndd.uscourts.gov.

1

**IT IS SO ORDERED.**

Dated this 7th day of May, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
